COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 10, 2015
 No. 10-15-00418-CV
 JOHNNIE PAUL RIVERS
 v.
 THE STATE OF TEXAS
 _______________
 
 From the 278[th] District Court
 Walker County, Texas
 Trial Court No. 1527521
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds Johnnie Paul Rivers did not comply with the requirements of Chapter 14 of the Texas Civil Practice and Remedies Code, it is the judgment of this Court that the appeal is dismissed as frivolous. 
It is further ordered that Gia M. Williams is awarded judgment against Johnnie Paul Rivers for Gia M. Williams's appellate costs that were paid, if any, by Gia M. Williams; and all unpaid appellate court cost, if any, is taxed against Johnnie Paul Rivers.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
 By: ___________________________
 Nita Whitener, Deputy Clerk